IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL HO,<br><br>  Defendant.<br>_____/ | CASE NO. CR F 09-0351 LJO<br><br>**ORDER TO SET BRIEFING AND HEARING ON MOTION TO REVOKE MAGISTRATE JUDGE'S ORDER**<br>(Doc. 12.) |

On September 11, 2009, the United States of America ("Government") filed its motion to revoke conditions of release ordered by U.S. Magistrate Gary A. Austin. As such, this Court:

1. ORDERS the Government, no later than 2 p.m. on September 15, 2009, to file and serve its supporting papers;

2. ORDERS defendant, no later than 12 p.m. on September 17, 2009, to file and serve his opposition papers;

3. SETS a hearing on the Government's motion for September 18, 2009 at 9 a.m. in Department 4 (LJO); and

4. VACATES the briefing schedule (doc. 15) filed and served by the clerk on September 11, 2009.

IT IS SO ORDERED.

1

1  | Dated:   September 14, 2009                /s/ Lawrence J. O'Neill
2  |                                        UNITED STATES DISTRICT JUDGE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28